**COPY**

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
2008 FEB -1 PM 1:34
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 25, 2008

**FILED**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
FEB X 6 2008

Via Certified Mail

United States District Court
District of Colorado
Office of the Clerk
Alfred A. Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, Colorado 80294

**'08 – CV – 0 0 2 2 6**

## RE: TIMOTHY DOYLE YOUNG -v- UNITED STATES, CASE NO. C-08-0048-TEH (PR)

Dear Clerk,

Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith
are:

☒    Certified copy of docket entries.

☒    Certified copy of Transferral Order.

☒    Original case file documents.

☐    Please access the electronic case file for additional pleadings you may need. See
the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record

January 25, 2008

**These instructions are for internal court use only.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.